JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH GALVAN, Trustee of the Ralph Galvan and Avelina Galvan 2017 Revocable Trust; AVELINA GALVAN, Trustee of the Ralph Galvan and Avelina Galvan 2017 Revocable Trust; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-07996-RGK-JEM<br><br>*Hon. R. Gary Klausner*<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [28]<br><br>Action Filed:  October 6, 2021<br>Trial Date:      Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendants Ralph Galvan and Avelina Galvan is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: 3/1/2022

*Gary Klausner*
Hon. R. Gary Klausner
United States District Judge